**Order filed February 28, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01150-CV
_____

**D.R. HORTON—TEXAS, LTD., AND DHI MORTGAGE COMPANY,**
**Appellants**

**V.**

**WILLIAM BERNHARD AND NADIA BERNHARD, Appellees**

---

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 61112**

---

## O R D E R

The notice of appeal in this case was filed December 7, 2012. The clerk's record was filed January 28, 2013. An appellant's brief on behalf of D.R. Horton—Texas, Ltd. was filed February 22, 2013. Our records show that the appellate filing fee of $175.00 has not been paid. Therefore, the court issues the following order:

Appellants are ordered to pay the filing fee in the amount of $175.00, or provide evidence of payment, to the Clerk of this court on or before **March 15, 2013.** *See* Tex. R. App. P. 5. If appellants fail to comply with this order, the appeal will be dismissed. *See* Tex. R. App. P. 42.3(c).

PER CURIAM